**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

MARGARET AND JOHN WORRELL,                 )     Case No.: 14-CV-0098-LHK
                                           )
12                        Plaintiffs,      )     ORDER DIRECTING PARTIES TO FILE
         v.                                )     A JOINT CASE MANAGEMENT
13                                         )     STATEMENT
     J.P. MORGAN CHASE BANK et al,         )
14                                         )
                          Defendants.      )
15                                         )

16

17        The parties have failed to file a Joint Case Management Statement seven days in advance of

18   the Case Management Conference set for May 14, 2014 as required by Civil Local Rule 16-10(d).

19   The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, May

20   12, 2014, at 9 a.m.  The Statement must "report[] progress or changes since the last statement was

21   filed and mak[e] proposals for the remainder of the case development process."  Civ. L. R. 16-

     10(d).

22   **IT IS SO ORDERED.**

23   Dated: May 8, 2014                    _____

24                                         LUCY H. KOH
                                           United States District Judge
25

26

27

28

1

Case No.: 14-CV-0098
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT