WRIGHT, FINLAY & ZAK, LLP
Marvin B. Adviento, Esq. SBN 240315
4665 MacArthur Court, Suite 280
Newport Beach, CA 92660
Tel: (949) 477-5050; Fax: (949) 608-9142

Attorney formerly representing Plaintiff,
JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER
WITH WASHINGTON MUTUAL BANK, N.A.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA (SAN JOSE)

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A. SUCCESSOR BY MERGER WITH WASHINGTON MUTUAL BANK, N.A., <br><br>Plaintiff, <br><br>v. <br><br>MARGARET ANN WORRELL, JOHN WORRELL, and DOES 1-10, INCLUSIVE, <br><br>Defendants. | Case No. 14-CV-00098-LHK <br><br>*Judge Hon. Lucy H. Koh* <br><br>[PROPOSED] ORDER RE NOTICE OF WITHDRAWAL AS COUNSEL <br><br>PURSUANT TO LOCAL RULE 11-5 |

**IT IS HEREBY ORDERED THAT:**

Attorney Marvin B. Adviento is no longer counsel of record for Plaintiff JPMorgan Chase Bank, N.A., Successor by Merger with Washington Mutual

1

[PROPOSED] ORDER RE NOTICE OF WITHDRAWAL OF COUNSEL
*JPMorgan Chase Bank, et al. v. Worrell, et al.*, Court Case No. 14-cv-00098-LHK

1  Bank, N.A.  Plaintiff is sill represented by ALVARADO & ASSOCIATES, LLP
2  with Attorney Sheri M. Kanesaka as the assigned attorney handling this matter.
3
4
5  Dated: May 16, 2014            By:  *Lucy H. Koh*
                                       HONORABLE JUDGE LUCY H. KOH

2

[PROPOSED] ORDER RE NOTICE OF WITHDRAWAL OF COUNSEL
*JPMorgan Chase Bank, et al. v. Worrell, et al.*, Court Case No. 14-cv-00098-LHK

# PROOF OF SERVICE

I, Marilee V. Johnson, declare as follows:

I am employed in the County of Orange, State of California. I am over the age of eighteen (18) and not a party to the within action. My business address is 4665 MacArthur Court, Suite 280, Newport Beach, California 92660. I am readily familiar with the practices of Wright, Finlay & Zak, LLP, for collection and processing of correspondence for mailing with the United States Postal Service. Such correspondence is deposited with the United States Postal Service the same day in the ordinary course of business.

On May 15, 2014, I served the within **[PROPOSED] ORDER RE NOTICE OF WITHDRAWAL AS COUNSEL** on all interested parties in this action as follows:

[X]  by placing [ ] the original [X] a true copy thereof enclosed in sealed envelope(s) addressed as follows:

**[SEE ATTACHED MAILING LIST]**

[X]  (BY MAIL SERVICE) I placed such envelope(s) for collection to be mailed on this date following ordinary business practices.

[ ]  (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand delivered to the office of the addressee.

[ ]  (BY FACSIMILE) The facsimile machine I used, with telephone no. (949) 608-9142, complied with California Rules of Court, Rule 2003, and no error was reported by the machine. Pursuant to California Rules of Court, Rule 2006(d), I caused the machine to print a transmission record of the transmission, a copy of which is attached to the original Proof of Service.

[ ]  (BY ELECTRONIC MAIL) I caused each such document to be transmitted electronically to the parties at the e-mail address indicated. To the best my knowledge, the transmission was reported as complete, and no error was reported that the electronic transmission was not completed.

[ ]  (BY NORCO OVERNITE - NEXT DAY DELIVERY) I placed true and correct copies of thereof enclosed in a package designated by Norco Overnite with the delivery fees provided for.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

[X]  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 15, 2014, at Newport Beach, California.

_Marilee V. Johnson_
Marilee V. Johnson

-1-

-2-

**ATTACHED MAILING LIST**

Margaret Ann Worrell
3638 Gavota Avenue
San Jose, CA 95124
*Defendant in Pro Se*

John Worrell
3638 Gavota Avenue
San Jose, CA 95124
johncworrell@yahoo.com (also served by email)
*Defendant in Pro Se*

Sheri M. Kanesaka, Esq. – SBN 240053
ALVARADO & ASSOCIATES, LLP
1 MacArthur Place, Suite 210
Santa Ana, CA 92707
(714) 327-4400; FAX (714) 327-4499
*Attorneys for Plaintiff, JPMORGAN CASE BANK, N.A.*