**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARGARET AND JOHN WORRELL, | Case No.: 14-CV-0098-LHK |
| Plaintiffs, | ORDER DIRECTING DEFENDANTS |
| v. | TO FILE A MOTION TO REMAND |
| J.P. MORGAN CHASE BANK et al, | |
| Defendants. | |

At the initial case management conference on May 14, 2014, Defendants indicated that they intend to file a Motion to Remand. The Defendants are hereby ORDERED to file a Motion to Remand no later than Friday, May 30, 2014.

**IT IS SO ORDERED.**

Dated: May 16, 2014

_____
LUCY H. KOH
United States District Judge